**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6626**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ZERRELL ROSS FUENTES,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:17-cr-00123-MOC-DCK-1)

───────────

Submitted:  December 14, 2023             Decided:  December 19, 2023

───────────

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Zerrell Ross Fuentes, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zerrell Ross Fuentes appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  After reviewing the record, we conclude that the district court did not abuse its discretion in finding that the 18 U.S.C. § 3553(a) factors did not warrant reducing Fuentes' sentence.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Fuentes*, No. 3:17-cr-00123-MOC-DCK-1 (W.D.N.C. June 9, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*